UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 07-28-JBC

UNITED STATES OF AMERICA,                                   PLAINTIFF,

V.                          ORDER

BRANDON WOLFINBARGER,
BRADLEY WOLFINBARGER, and
JEREMIAH ARNOLD,                                        DEFENDANTS.

\* \* \* \* \* \* \* \* \* \*

       Defendant Jeremiah Arnold having filed a motion to continue sentencing, there being no objection, and the court being sufficiently advised,

       **IT IS ORDERED** that the motion to continue [DE 90] is **GRANTED**.

       **IT IS ORDERED** that the sentencing hearing is rescheduled on November 6, 2007, at 1:30 p.m. as to all defendants.

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY